JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0199 MMC |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION TO RESCHEDULE HEARING ON MOTION TO SUPPRESS AND PRETRIAL CONFERENCE AND [PROPOSED] ORDER** |
| TYRONE COBB, | ) | |
|     Defendant. | ) | |

      The parties initially appeared before the Court on April 7, 2010.  At that time, the matter was set for trial on May 24, 2010, with the pretrial conference to be held on May 11, 2010.  The Court issued a corresponding Order for Criminal Pretrial Preparation [Docket Entry #9].  On April 14, 2010, the defendant filed a motion to suppress certain evidence and noticed that motion to be heard on April 28, 2010.

      Government counsel will be traveling out of the state on April 28, 2010, the noticed date for defendant's motion, and also realized that he is similarly unavailable on May 11, 2010, the date of the pretrial conference.  As such, the parties stipulate to reschedule the hearing on defendant's motion to May 5, 2010.  The briefing schedule for defendant's motion shall comply with the local rules.  Further, the parties stipulate to reschedule the pretrial conference to May 18,

2010. All in limine motions shall be served, filed and an extra copy lodged with the Court by May 4, 2010, and any oppositions shall be served, filed and an extra copy lodged with the Court by May 11, 2010.

Neither party is now seeking a delay in the trial date, and will not so do in the future based on these rescheduled dates.

IT IS SO STIPULATED.

DATED: April 16, 2010         /s/
                              DANIEL BLANK
                              Counsel for Tyrone Cobb

DATED: April 16, 2010         /s/
                              BRIAN C. LEWIS
                              Assistant United States Attorney

### [PROPOSED] ORDER

The noticed hearing on defendant's motion to suppress is rescheduled to May 5, 2010 at 2:30 p.m. The briefing schedule for defendant's motion shall comply with the local rules. Further, the pretrial conference is rescheduled to May 18, 2010 at 3:00 p.m. All in limine motions shall be served, filed and an extra copy lodged with the Court by May 4, 2010, and any oppositions shall be served, filed and an extra copy lodged with the Court by May 11, 2010.

IT IS SO ORDERED.

DATED: April 21, 2010
                              MAXINE M. CHESNEY
                              United States District Judge