IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>TYRONE COBB,<br><br>               Defendant. | No. CR 10-0199 MMC<br><br>ORDER |

On the motion of the defendant Tyrone Cobb pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoena issue for the specified firearm transfer records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoena command the production of the materials to the ~~Federal Public Defender~~ Court on or before May 5, 2010.

DATED:   April 23, 2010

_____
MAXINE M. CHESNEY
United States District Judge

ORDER