1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,       )    No. CR 10-0199 MMC
                                    )
14        Plaintiff,                )
                                    )
15                                  )    **STIPULATION TO RESCHEDULE
        v.                          )    HEARING ON MOTION TO SUPPRESS
16                                  )    AND [PROPOSED] ORDER**
    TYRONE COBB,                    )
17                                  )
          Defendant.                )
18  _____)

19        The parties initially appeared before the Court on April 7, 2010, and at that time, the

20  matter was set for trial on May 24, 2010.  The Court later issued a corresponding Order for

21  Criminal Pretrial Preparation [Docket Entry #9].  On April 14, 2010, the defendant filed a motion

22  to suppress certain evidence.  By stipulation of the parties and order of the Court, the pretrial

23  conference was scheduled for May 18, 2010, and the defendant's motion to suppress was

24  scheduled for May 5, 2010.

25        In order to allow the parties to explore a resolution short of trial in this case, the parties

26  now stipulate to reschedule the hearing on defendant's motion to May 12, 2010.  The briefing

27  schedule for defendant's motion shall comply with the local rules.

28  //

STIPULATION TO RESCHEDULE HEARING
No. CR 10-0199 MMC

1   Neither party is now seeking a delay in the trial date, and will not so do in the future
2   based on this rescheduled date.

3

4   IT IS SO STIPULATED.

5

6   DATED: April 23, 2010  　　　　　　　　　/s/
7   　　　　　　　　　　　　　　　　　　　　DANIEL BLANK
　　　　　　　　　　　　　　　　　　　　　　Counsel for Tyrone Cobb

8

9   DATED: April 23, 2010  　　　　　　　　　/s/
10  　　　　　　　　　　　　　　　　　　　　BRIAN C. LEWIS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

11

12   [PROPOSED] ORDER

13   The hearing on defendant's motion to suppress is rescheduled to May 12, 2010 at 2:30
14   p.m.  The briefing schedule for defendant's motion shall comply with the local rules.

15

16   IT IS SO ORDERED.

17

18

19   DATED: April 26, 2010  　　　　　　　　　_____
20   　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

21

22

23

24

25

26

27

28

STIPULATION TO RESCHEDULE HEARING
No. CR 10-0199 MMC                     -2-