BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0199 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF RELEASE |
| TYRONE COBB, | |
| Defendant. | Honorable Maxine M. Chesney |

1  Upon sentencing Defendant Tyrone Cobb in this above-captioned matter, the Court granted his
2  request for voluntary surrender in January 2011, until which time he would continue to reside at the
3  New Bridge residential drug treatment facility, under the same terms and conditions as his pretrial
4  release.  With the approval of Pretrial Services Officer Victoria Gibson, and consistent with the rules
5  at New Bridge, the parties stipulate and jointly request that Mr. Cobb be permitted temporarily to
6  leave the New Bridge facility for up to 24 hours during the Thanksgiving and Christmas holidays to
7  visit with his family.  Specifically, it is requested that Mr. Cobb be permitted to leave the facility
8  from November 25, 2010, at 10:00 a.m., until November 26, 2010, at 10:00 a.m., and from
9  December 24, 2010, at 6:00 p.m., until December 25, 2010, at 6:00 p.m., and stay during those
10 periods with his cousin, Terron Mitchell, and his wife, at their home at 1321 Thoroughbred Street,
11 Patterson, California 95363, in the Eastern District of California, after which time he would again
12 return to the New Bridge facility.  All other terms and conditions to remain the same.
13 IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

                    /s/
DATED:              _____
                    BRIAN LEWIS
                    Assistant United States Attorney

                    /s/
DATED:              _____
                    DANIEL P. BLANK
                    Assistant Federal Public Defender
                    Attorney for Tyrone Cobb

IT IS SO ORDERED.

DATED: October 28, 2010          _____
                                 MAXINE M. CHESNEY
                                 United States District Judge

STIP. & PROP. ORDER                       1