BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0199 MMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER AMENDING CONDITIONS |
| | ) | OF RELEASE |
| TYRONE COBB, | ) | |
| | ) | Honorable Maxine M. Chesney |
| Defendant. | ) | |

1  Upon sentencing Defendant Tyrone Cobb in this above-captioned matter, the Court granted his
2 request for voluntary surrender in January 2011, until which time he would continue to reside at the
3 New Bridge residential drug treatment facility, under the same terms and conditions as his pretrial
4 release.  With the approval of Pretrial Services Officer Victoria Gibson, and consistent with the rules
5 at New Bridge, the parties stipulate and jointly request that Mr. Cobb be permitted temporarily to
6 leave the New Bridge facility for up to 12 hours during the New Year's Day holiday to visit with his
7 family.  Specifically, it is requested that Mr. Cobb be permitted to leave the facility on January 1,
8 2011, from 10 a.m. until 10 p.m., and visit during that period with his cousin, Terron Mitchell, and
9 his wife, at their home at 1321 Thoroughbred Street, Patterson, California 95363, in the Eastern
10 District of California, after which time he would again return to the New Bridge facility.  All other
11 terms and conditions to remain the same.

12 IT IS SO STIPULATED.

                                    MELINDA HAAG
                                    United States Attorney

                                          /s/
15 DATED:   12/17/2010        _____
                                    BRIAN LEWIS
                                    Assistant United States Attorney


                                          /s/
18 DATED:   12/17/2010        _____
                                    DANIEL P. BLANK
                                    Assistant Federal Public Defender
                                    Attorney for Tyrone Cobb


21 IT IS SO ORDERED.

22 DATED:
     December 20, 2010        _____
                                    MAXINE M. CHESNEY
                                    United States District Judge


STIP. & PROP. ORDER                    1